Approved by: _____  
             KRISTEN L. DOREMAN  
             Special Assistant United States Attorney

Before:     THE HONORABLE MARTIN R. GOLDBERG  
             United States Magistrate Judge  
             Southern District of New York

21 MAG 8353

------------------------------x

| UNITED STATES OF AMERICA | : | MISDEMEANOR COMPLAINT |
| --- | --- | --- |
| | : | |
| -v- | : | Violation of |
| | : | NYVTL 511 |
| GENNESIS M. FRACASSE | : | |
| | : | COUNTY OF OFFENSE: |
| Defendant | | ORANGE |

------------------------------x

SOUTHERN DISTRICT OF NEW YORK, ss.:

    Lucas Olson, being duly sworn, deposes and says that he is a Court Liaison assigned to the Provost Marshal Office, at the United States Military Academy, West Point, New York, and charges as follows:

COUNT ONE

    On or about December 8, 2020, at the United States Military Academy, West Point, New York, within the special maritime and territorial jurisdiction of the United States, in the Southern District of New York, GENNESIS M. FRACASSE, the defendant, unlawfully, knowingly and willfully operated a motor vehicle upon a public road while knowing, or having reason to know, that her license to operate such motor vehicle in New York was suspended, revoked, or otherwise withdrawn by the commissioner, to wit, the defendant was observed operating her motor vehicle at Stony Lonesome gate and an investigation revealed that the defendant's license was suspended.

    (New York Vehicle and Traffic Law, Section 511)

The basis for the deponent's knowledge and for the foregoing charges are, in part, as follows:

1. I am Court Liaison, assigned to the Provost Marshal Office, at the United States Military Academy, West Point,

New York, which is located in the Southern District of New York.

2. On or about December 8, 2020 at approximately 11:15 p.m., the defendant was attempting to gain access to the West Point Military Installation via the Stony Lonesome gate when she was randomly selected for a security check. Her driver's license was run through EJustice and it came back suspended for failing to answer a summons in the town of Blooming Grove on December 5, 2020.

3. The defendant was issued a District Court Violation Notice for operating a motor vehicle while license was suspended or revoked (DCVN number 8004000/SY10) and was released on her own recognizance.

**WHEREFORE**, deponent prays that the above defendant be imprisoned or bailed, as the case may be.

LUCAS OLSON
Court Liaison

Sworn to before me this
26th day of August, 2021

HONORABLE MARTIN R. GOLDBERG
United States Magistrate Judge
Southern District of New York