UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

                Plaintiff,

-against-

Gennesis M. Fracasse,

                Defendant.

---

7:21-MJ-8353(MRG)

**JUDGMENT**

    The issues in the above entitled action were brought before the Honorable Martin R. Goldberg, United States Magistrate Judge, on September 17, 2021  The Court thereafter accepted the defendant's plea of guilty to Unlicensed Operation of a Vehicle, in violation of § 509.1 of the New York Vehicle and Traffic Law, in full satisfaction of the Misdemeanor Complaint filed on August 26, 2021, and it is,

    ORDERED, ADJUDGED AND DECREED: that the Defendant, Gennesis M. Fracasse, pay a fine in the amount of $150.00 to the White Plains Clerk's Office; to be paid by October 20, 2021 or appear on October 21, 2021 to show cause why the fine was not paid.

Dated: _Sept 28, 2021_
       Poughkeepsie, N.Y.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge